#27

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN  DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MIGUEL VASQUEZ-JUAREZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1153-WQH

I, MIGUEL VASQUEZ-JUAREZ  , the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  04-15-08   prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED

APR 1 5 2008

SOUTHERN DISTRICT COURT
OF CALIFORNIA
BY                    DEPUTY